**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 30 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE,<br><br>　　　　Respondents,<br><br>RUBY PIPELINE, L.L.C.,<br><br>　　　　Respondent-Intervenor. | No. 10-72356<br><br><br><br><br><br>ORDER |
| COALITION OF LOCAL GOVERNMENTS, ON BEHALF OF ITS MEMBERS, INCLUDING LINCOLN COUNTY, WYOMING,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BUREAU OF LAND MANAGEMENT; DEPARTMENT OF THE INTERIOR,<br><br>　　　　Respondents,<br><br>RUBY PIPELINE, L.L.C., | No. 10-72552 |

| | |
|---|---|
| Respondent-Intervenor. | |

| | |
|---|---|
| WARNER BARLESE, Member, Summit Lake Paiute Tribe, Nevada, and Chairman, Summer Lake Paiute Council,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; U.S. ARMY CORP OF ENGINEERS; U.S. FISH AND WILDLIFE SERVICE,<br><br>        Respondents,<br><br>RUBY PIPELINE, L.L.C.,<br><br>        Respondent-Intervenor. | No. 10-72762<br><br>IBLM Nos. NVN-084650<br>             OR-64807<br>             UTU-82880<br>             WYW-171168<br><br>(W0350)<br>District of Nevada, Reno |
| FORT BIDWELL INDIAN COMMUNITY OF THE FORT BIDWELL INDIAN RESERVATION OF CALIFORNIA,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; UNITED STATES ARMY CORPS OF ENGINEERS, | No. 10-72768 |

| | |
|---|---|
| Respondents,<br><br>RUBY PIPELINE, L.L.C.,<br><br>      Respondent-Intervenor. | |
| DEFENDERS OF WILDLIFE; SIERRA CLUB; GREAT BASIN RESOURCE WATCH,<br><br>      Petitioners,<br><br>RUBY PIPELINE, L.L.C.,<br><br>      Intervenor,<br><br>  v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES ARMY CORPS OF ENGINEERS; U.S. FISH AND WILDLIFE SERVICE,<br><br>      Respondents. | No. 10-72775<br><br>IBLM No. CP09-54-000 |
| SUMMIT LAKE PAIUTE TRIBE OF NEVADA; WARNER BARLESE, Chairman of the Summit Lake Paiute Tribe,<br><br>      Petitioners,<br><br>  v.<br><br>BUREAU OF LAND MANAGEMENT, | No. 11-70336 |

|  |
|---|
| Respondent, <br><br> RUBY PIPELINE, L.L.C., <br><br> Respondent-Intervenor. |

Before: BERZON and N.R. SMITH, Circuit Judges, and SMITH, District Judge.[*]

Petitioners' unopposed motion for a further extension of time to file a request for attorneys' fees is granted. The deadline for filing a request for attorneys' fees is December 2, 2013.

---

[*] The Honorable William E. Smith, District Judge for the U.S. District Court the District of Rhode Island, sitting by designation.