**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 27 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. 10-72356 |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE, | |
| Respondents, | |
| RUBY PIPELINE, L.L.C., | |
| Respondent-Intervenor. | |
| COALITION OF LOCAL GOVERNMENTS, ON BEHALF OF ITS MEMBERS, INCLUDING LINCOLN COUNTY, WYOMING, | No. 10-72552 |
| Petitioner, | |
| v. | |
| BUREAU OF LAND MANAGEMENT; DEPARTMENT OF THE INTERIOR, | |
| Respondents, | |
| RUBY PIPELINE, L.L.C., | |

|  |  |
|---|---|
| Respondent-Intervenor. |  |

|  |  |
|---|---|
| WARNER BARLESE, Member, Summit Lake Paiute Tribe, Nevada, and Chairman, Summer Lake Paiute Council, | No. 10-72762 |
| Petitioner, | IBLM Nos.  NVN-084650<br>           OR-64807<br>           UTU-82880<br>           WYW-171168 |
| v. | (W0350) |
| UNITED STATES BUREAU OF LAND MANAGEMENT; U.S. ARMY CORP OF ENGINEERS; U.S. FISH AND WILDLIFE SERVICE, | District of Nevada, Reno |
| Respondents, |  |
| RUBY PIPELINE, L.L.C., |  |
| Respondent-Intervenor. |  |

|  |  |
|---|---|
| FORT BIDWELL INDIAN COMMUNITY OF THE FORT BIDWELL INDIAN RESERVATION OF CALIFORNIA, | No. 10-72768 |
| Petitioner, |  |
| v. |  |
| UNITED STATES BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; UNITED STATES ARMY CORPS OF ENGINEERS, |  |

| | |
|---|---|
| Respondents,<br><br>RUBY PIPELINE, L.L.C.,<br><br>Respondent-Intervenor. | |
| DEFENDERS OF WILDLIFE; SIERRA CLUB; GREAT BASIN RESOURCE WATCH,<br><br>Petitioners,<br><br>RUBY PIPELINE, L.L.C.,<br><br>Intervenor,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES ARMY CORPS OF ENGINEERS; U.S. FISH AND WILDLIFE SERVICE,<br><br>Respondents. | No. 10-72775<br><br>IBLM No. CP09-54-000 |
| SUMMIT LAKE PAIUTE TRIBE OF NEVADA; WARNER BARLESE, Chairman of the Summit Lake Paiute Tribe,<br><br>Petitioners,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, | No. 11-70336 |

> Respondent,
>
> RUBY PIPELINE, L.L.C.,
>
> Respondent-Intervenor.

Before: BERZON and N.R. SMITH, Circuit Judges, and SMITH, District Judge.[*]

On April 29, 2013, this court stayed its order vacating Federal Respondent U.S. Bureau of Land Management's ("BLM's") original Record of Decision ("ROD") pending publication of BLM's Revised ROD. On November 25, 2013, Federal Respondents notified the court that BLM issued a Revised ROD and published a notice of its availability in the Federal Register on November 21, 2013. Accordingly, the court's stay is lifted.

---

[*] The Honorable William E. Smith, District Judge for the U.S. District Court the District of Rhode Island, sitting by designation.